**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHANGWOOK PARK, Defendant. | Case No. 11CR3788-DMS **ORDER TO DISMISS WITHOUT PREJUDICE AND JUDGMENT** |

For good cause shown, the United States' Motion to Dismiss Without Prejudice in the above captioned case is hereby granted. The arrest warrant is ordered recalled.

DATED:  3/7/2016

_____
HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE